

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES R. POYNTER,                :   Case No. C-1-00-962
                                 :
        Plaintiff,                :   (Judge Dlott)
                                 :
vs.                              :   PLAINTIFF'S DESIGNATION
                                 :   OF DEPOSITION
UNIVERSITY HOSPITAL, INC.,       :
                                 :
        Defendant.                :

Comes now the Plaintiff, James R. Poynter, Administrator for the Estate of Joseph Poynter, deceased, and hereby designates the deposition testimony of Caron Sue to be presented at trial:

| DEPONENT | PAGE | LINES |
|---|---|---|
| CARON SUE<br>April 25, 2003 | 3 | 1-2, 4-25 |
|  | 4 | 1-8, 11-17, 24-25 |
|  | 5 | 1-7, 23-25 |
|  | 6 | 1, 10-21 |
|  | 7 | 4-25 |
|  | 8 | 1-25 |
|  | 9 | 1-25 |
|  | 10 | 1-15, 23-25 |
|  | 11 | 1, 5-21 |
|  | 12 | 11-21 |
|  | 13 | 2-6, 22-25 |
|  | 14 | 1, 3-9 |
|  | 16 | 20-25 |

SS6407.WPD/1

| DEPONENT | PAGE | LINES |
|---|---|---|
|  | 17 | 1-17, 22-24 |
|  | 18 | 22-25 |
|  | 19 | 1-23 |
|  | 20 | 19-24 |
|  | 21 | 3-9, 17-25 |
|  | 22 | 1, 18-25 |
|  | 23 | 1-25 |
|  | 24 | 1-25 |
|  | 25 | 1-5, 20-25 |
|  | 26 | 1-7 |
|  | 30 | 3-7, 15-25 |
|  | 31 | 1-5, 9-20 |
|  | 37 | 18-25 |
|  | 38 | 1-21 |
|  | 45 | 17-25 |
|  | 46 | 1-25 |
|  | 47 | 1-9, 24-25 |
|  | 48 | 1-22 |
|  | 50 | 1-25 |
|  | 51 | 1-6, 23-25 |
|  | 52 | 1-12, 14, 16-25 |
|  | 53 | 1-10 |
|  | 57 | 3-6 |
|  | 59 | 12-15 |
|  | 60 | 7-11 |
|  | 61 | 25 |

| DEPONENT | PAGE | LINES |
|---|---|---|
|  | 62 | 1-5 |

The Plaintiff reserves the right to present the deposition, in whole or in part, of any other witness who is unavailable at trial.

Respectfully submitted,

Dana E. Deering, Esq., #0067856
Parry Deering Futscher & Sparks, P.S.C.
128 East Second Street, Box 2618
Covington, Kentucky 41012-2618
(859) 291-9000

Steve J. Franzen
319 York Street
Newport, Kentucky 41071
(859) 491-7700

### CERTIFICATE OF SERVICE

I hereby certify that I have this 2 day of September, 2003 faxed a true and correct copy of the foregoing to Hon. Bill J. Paliobeis, Esq., Frost Brown Todd, LLC., 2200 PNC Center, 201 East Fifth Street, Cincinnati, Ohio 45202-4182.

Dana E. Deering, Esq.

SS6407.WPD/1                                3