UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES R. POYNTER, | : | Case No.: C-1-00-962 |
| | : | |
| Plaintiff, | : | (Judge Dlott) |
| | : | |
| v. | : | **DEFENDANT UNIVERSITY HOSPITAL,** |
| | : | **INC.'S MOTION TO INCORPORATE** |
| | : | **DEFENDANT'S COUNTER-** |
| | : | **DESIGNATION AND OBJECTIONS TO** |
| | : | **PLAINTIFF'S AMENDED DESIGNATION** |
| | : | **OF DEPOSITIONS OF LINDELL BARTOS,** |
| | : | **R.N.** |
| UNIVERSITY HOSPITAL, INC., | : | |
| | : | |
| Defendant. | : | |

Comes now Defendant University Hospital, Inc. and hereby requests this Court to incorporate the Counter-Designations and Objections to the deposition transcripts of Lindell Bartos, R.N. previously filed herein.  Plaintiff filed Amended Designation of Depositions on August 22, 2003.  Rather than filing additional counter-designations and additional deposition objections, Defendant hereby requests that the previously filed counter-designation and objections be incorporated for purposes of Plaintiff's amended designation..

                                        Respectfully submitted,

                                        _____
                                        Bill J. Paliobeis (0066666)
                                        2200 PNC Center
                                        201 E. Fifth Street
                                        Cincinnati, Ohio  45202
                                        (513) 651-6119
                                        Trial Attorney for Defendant
                                        University Hospital, Inc.

OF COUNSEL:

FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202
(513) 651-6800

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following this 2nd day of September, 2003:

Dana E. Deering, Esq.
PARRY, DEERING, FUTSCHER
& SPARKS, PSC
128 East Second Street
P.O. Box 2618
Covington, Kentucky  41012
Attorney for Plaintiff

Steven J. Franzen, Esq.
319 York Street
Newport, Kentucky 41071
Attorney for Plaintiff

_____

CinLibrary/1322484.1

2