FILED
KENNETH J. MURPHY
CLERK

03 SEP -5 PM 1:42

**Allen McClung & Associates**
Certified Court Reporters
P.O. Box 176215
Covington, Kentucky 41017
859.331.4292

Allen S. McClung, CVR-CM
Susan Roudebush, CVR-CM
Sandra K. Miles, CVR-CM
Rebecca Carlson, CVR-CM-RVR
Debra Sprague, CVR

09/04/03

CLERK OF COURTS
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
U.S. POST OFFICE-COURTHOUSE
100 E. FIFTH STREET
CINCINNATI, OHIO 45202

　　　　Re:  The deposition of CARON SUE, taken on the 25th day of April, 2003. U.S. District Court Case NO. C-1-00-962, JAMES R. POYNTER -v- UNIVERSITY HOSPITAL,

Dear Madam Clerk:

　　　　Enclosed please find Original errata sheet in the above-referenced deposition, which I received from attorney Bill Paliobeis. There was no signature page sent to me. Please file with the original deposition which was sent to you earlier.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　Allen S. McClung, CVR-CM

cc:  Mr. Deering

From:  Caron Sue, PharmD, PhD
      The University Hospital
      Department of Pharmacy Services

Re:   Deposition

I wish to make the following changes:

1. Page 6 "last word" should be changed to "LastWord"

2. At the time of the deposition, I could not remember the date that I became an Assistant Director. Can I change the record to reflect the following information: I was promoted to Assistant Director in March, 1997. I stepped down from the position in August, 1999 to pursue my PhD. I was rehired into the Assistant Director position in September, 2001.

3. Page 46 change "IV fusion bags" to "IV infusion bag"

4. Change "Pixis" to "Pyxis"

5. page 57 change "Feorinal" to "Fiorinal"